IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| ANIMAL LEGAL DEFENSE FUND, INC., et al. | ) ) ) | |
| Plaintiffs, | ) ) | Civ. Action No. 14-1462-CKK |
| v. | ) ) ) | |
| SONNY PERDUE, Secretary of Agriculture, *et al.* | ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiffs Animal Legal Defense Fund, Inc. ("ALDF"), Tracey Kuehl, and Lisa K. Kuehl ("Plaintiffs") and Defendants Sonny Perdue, Secretary of Agriculture and Robert Gibbens, formerly Western Regional Director, Animal and Plant Health Inspection Service, United States Department of Agriculture ("Defendants"),[1] by and through their respective counsel, enter into this Stipulation of Settlement and Dismissal for the sole purpose of satisfying Plaintiffs' claim for attorneys' fees, expenses, and costs following the D.C. Circuit's decision dated September 29, 2017, vacating in part this Court's memorandum opinion and order dated March 14, 2016, with instructions to remand the record to the agency for further proceedings, and the April 10, 2020 Consent Decision and Order issued in the administrative enforcement proceeding that permanently revoked the exhibitor license that was the subject of this litigation.

---

[1] Robert Gibbens was sued in his official capacity as the Western Regional Director, Animal and Plant Health Inspection Service ("APHIS") for the United States Department of Agriculture. APHIS no longer has regions nor regional directors, and Dr. Gibbens' current position is Director, Animal Welfare Operations.

The parties agree as follows:

1. The United States Department of Agriculture ("USDA") will pay to Plaintiffs a single, lump sum amount of fifteen thousand dollars ($15,000.00) (the "Payment"), which sum Plaintiffs agree to accept as full and complete satisfaction of Plaintiffs' claims for attorneys' fees, costs, and litigation expenses in the above-captioned matter. This figure is inclusive of any interest, as well as any amounts that Plaintiff may claim is owed by Defendants in connection with any administrative proceeding related to the license that is the subject of this litigation. USDA will make the Payment to Plaintiffs as soon as reasonably practicable by an electronic transfer of funds as specified in instructions that have been provided to counsel for the Defendants by Plaintiffs' counsel in writing. Plaintiffs and Plaintiffs' counsel shall be responsible for any distribution of the Payment among themselves.

2. In entering into this Agreement, no party is making an admission of liability or fault to any other party, and this Agreement shall not be construed as an admission of liability or fault. This Stipulation of Settlement and Dismissal will not be used in any manner to establish liability for fees, amounts, or hourly rates, in any other case or proceeding.

3. Execution of this Agreement by counsel for Plaintiffs and by counsel for Defendants shall constitute a dismissal with prejudice of all claims asserted against Defendants in this action, as well as the dismissal of this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

4. This Agreement may be executed in two or more counterparts, each of which shall be deemed to be an original and all of which together shall be deemed to be one and the same agreement. A facsimile or other duplicate of a signature shall have the same effect as a

manually-executed original.

5. The below-signed counsel are authorized to enter into this Stipulation of Settlement and Dismissal on behalf of their respective clients.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief

By: _____
JEREMY SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Attorneys for Defendants

_____
Daniel H. Waltz, DDC Bar No. D00424
Animal Legal Defense Fund
The Yard, 700 Pennsylvania Ave SE
Washington, DC 20003
dwaltz@aldf.org
(707) 795-2533

Attorney for Plaintiffs